**Dawn J. DUNCAN, Plaintiff–Appellant,**

v.

**WELLS FARGO HOME MORTGAGE, INC.; National Default Servicing Corporation, Defendants–Appellees.**

**No. 11–17033.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2012.*

Filed Nov. 20, 2012.

Dawn J. Duncan, Pahrump, NV, pro se.

Cynthia Lynn Alexander, Esquire, Litigation Counsel, Laura Ellen Browning, Esquire, Kelly Harrison Dove, Esquire, Snell & Wilmer, LLP, Las Vegas, NV, for Defendant–Appellee.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

**MEMORANDUM ***

Dawn J. Duncan appeals pro se from the district court's judgment dismissing her

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

diversity action arising from foreclosure proceedings. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Knievel v. ESPN*, 393 F.3d 1068, 1072 (9th Cir. 2005), and we affirm.

The district court properly dismissed Duncan's action because Duncan failed to allege facts sufficient to show that the notice and guide regarding a short sale option constituted an enforceable contract. *See May v. Anderson*, 121 Nev. 668, 119 P.3d 1254, 1257 (2005) ("Basic contract principles require, for an enforceable contract, an offer and acceptance, meeting of the minds, and consideration.").

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.